CHRISTO PETCHEFF, Appellant, v. CHRISTO PETCHEFF, S. A., Defendant.
SOCONY-VACUUM OIL COMPANY, INCORPORATED, Respondent.

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.